1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                  UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 SARA JAMISON,                    )    No.  EDCV 09-0806 FMO
11                                  )
              Plaintiff,            )    ORDER AWARDING EAJA FEES
12                                  )
13       v.                         )
                                    )
14                                  )
   MICHAEL J. ASTRUE,               )
15 Commissioner Of Social Security, )
16                                  )
              Defendant.            )
17

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20 THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($3,500.00) subject to the
21 terms of the stipulation.
22       DATE: 12/01/10                    _____/s/_____
23                             HON. FERNANDO M. OLGUIN
24                             UNITED STATES MAGISTRATE JUDGE

-1-